UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>CENTRAL GROCERS, INC., et al.<br><br><br>Debtor(s)<br>HOWARD B. SAMUELS, solely as chapter 7<br>Trustee of the estates of CENTRAL GROCERS<br><br>Plaintiff(s)<br>JOHN COARI, et al.<br><br><br>Defendant(s) | BK No.: 17-13886<br>(Jointly Administered)<br>Chapter: 7<br>Honorable Janet S. Baer<br><br><br><br>Adv. No.: 19-01011 |

### ORDER GRANTING LAVELLE LAW, LTD.'s MOTION FOR LEAVE TO DEPOSIT MONEY INTO COURT REGISTRY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 67 AND BANKRUPTCY RULE 7067

THIS MATTER COMING TO BE HEARD on the Motion filed by Lavelle Law, Ltd. for Leave to Deposit Money into Court Registry Pursuant to Federal Rule of Civil Procedure 67 and Bankruptcy Rule 7067, the Court having jurisdiction over this proceeding and being duly advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Lavelle Law, Ltd.'s Motion is granted as set forth herein.

2. Lavelle Law, Ltd. is granted leave to deposit $100,000.00 with the Court's registry.

Enter:

*[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: June 17, 2020

**Prepared by:**

Mason N. Floyd (6282874)
Leigh D. Roadman (6193461)
CLARK HILL PLC
130 East Randolph Street, Suite 3900
Chicago, Illinois 60601
Telephone (312) 985-5900