**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **CENTRAL GROCERS, INC.,** *et al.*, | **Case No.  17-13886** |
| **Debtors.** | **(Jointly Administered)** |
| | **Hon.  Janet S. Baer** |
| **HOWARD B. SAMUELS, solely as chapter 7 trustee of the estates of CENTRAL GROCERS, INC.,** *et al.*,[1] | |
| **Plaintiff,** | |
| **v.** | **Adversary No.  19-01011** |
| **JOHN COARI,** *et al.*, | |
| **Defendants.** | |

**NOTICE OF TRUSTEE'S MOTION TO SUBTITUTE**
**EXECUTOR OF ESTATE OF DECEDENT DEFENDANT JOHN REGAS**

**PLEASE TAKE NOTICE** that on **July 15, 2020, at 1:00 p.m.** or as soon thereafter as

counsel may be heard, we will appear before the Honorable Janet S. Baer, United States

Bankruptcy Judge, or any other judge sitting in her stead, in Courtroom 615 in the United States

Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the **Trustee's Motion to**

**Substitute Executor of Estate of Defendant John Regas**.

**This motion will be presented and heard telephonically.**  No personal appearance in

court is necessary or permitted.  To appear and be heard telephonically on the motion, you must

---

[1] The Debtors in these Chapter 7 cases, along with the last four of each debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

set up and use an account with Court Solutions, LLC.  You can set up an account at www.Court-

Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must

file a Notice of Objection no later than two (2) business days before that date.  If a Notice of

Objection is timely filed, the motion will be called on the presentment date.  If no Notice of

Objection is timely filed, the court may grant the motion in advance without a hearing.


 Dated: July 6, 2020                                      Respectfully submitted,

                                                          */s/ J. Benjamin King*
                                                          Eric D. Madden (admitted pro hac vice)
                                                          J. Benjamin King (admitted pro hac vice)
                                                          Leo B. Oppenheimer (admitted pro hac vice)
                                                          REID COLLINS & TSAI LLP
                                                          1601 Elm Street, 42nd Floor
                                                          Dallas, TX 75201
                                                          (214) 420-8900 (T)
                                                          (214) 420-8909 (F)
                                                          emadden@reidcollins.com
                                                          bking@reidcollins.com
                                                          loppenheimer@reidcollins.com

                                                          *Special Litigation Counsel to Howard B.*
                                                          *Samuels, Chapter 7 Trustee for the estates of*
                                                          *Central Grocers, Inc., Strack and Van Til*
                                                          *Super Market, Inc., and SVT, LLC*

## CERTIFICATE OF SERVICE

Leo B. Oppenheimer, the undersigned attorney, hereby certifies that on July 6, 2020, he caused the foregoing **Notice** and following **Trustee's Motion to Substitute Parties** to be filed with the Court and served upon the parties to this adversary proceeding by the manner listed.

/s/ *Leo B. Oppenheimer*

**Electronic Mail Notice, via the Court's CM/ECF System:**

Leigh D. Roadman
Mason N. Floyd
Clark Hill PLC
130 E. Randolph Street
Suite 3900
Chicago, IL 60601
lroadman@clarkhill.com
mfloyd@clarkhill.com

*Counsel to Defendants John Coari, Anthony Dal Pra, Tony Ingraffia, Maria Kamberos, John Kotara, Frank Kumkoski, Joesph Kumkoski, John Lagestee, Kerry Lavelle, Robert Lee, Alfredo Linares, Kenneth Nemeth, Robertino Presta, James Robertson, and Lavelle Law, Ltd.*

Michael C. Moody
O'Rourke& Moody LLP 55 West Wacker Drive Suite 1400 Chicago, IL 60601
mmoody@orourkellp.com

*Counsel to Defendant John Sullivan*

Richard A. Bixter
Richard Winter
Holland & Knight LLP
131 S. Dearborn St.
Chicago, IL 60606
richard.bixter@hklaw.com
richard.winter@hklaw.com

*Counsel to Defendant John Cortesi*

Adam B. Rome
Zachary Mulcrone
Greiman, Rome & Griesmeyer, LLC
2 North LaSalle Street
Suite 1601
Chicago, IL 60602
arome@grglegal.com
zmulcrone@grglegal.com

*Counsel to Defendant James Dremonas*

Robert Radasevich
Neal Gerber & Eisenberg LLP
Two North LaSalle St Ste 2200
Chicago, IL 60602
rradasevich@nge.com

*Counsel to Timothy Kubis*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **CENTRAL GROCERS, INC.,** *et al.*, | **Case No.  17-13886** |
|  | **(Jointly Administered)** |
| **Debtors.** |  |
|  | **Hon.  Janet S. Baer** |
| **HOWARD B. SAMUELS, solely as chapter 7 trustee of the estates of CENTRAL GROCERS, INC.,** *et al.*,[1] | |
| **Plaintiff,** | |
| **v.** | **Adversary No.  19-01011** |
| **JOHN COARI,** *et al.*, | |
| **Defendants.** | |

**TRUSTEE'S MOTION TO SUBTITUTE EXECUTOR
OF ESTATE OF DECEDENT DEFENDANT JOHN REGAS**

Howard B. Samuels (the "Trustee"), solely in his capacity as Chapter 7 trustee for the

bankruptcy estates of Central Grocers, Inc. ("CGI"), Strack and Van Til Super Market, Inc.

("Strack"), and SVT, LLC ("SVT) (collectively, the "Debtors"), pursuant to Federal Rules of

Bankruptcy Procedure 7025, hereby files this Motion to Substitute Executor of Estate of Defendant

John Regas, and states as follows:

1.      The Trustee filed this action on November 19, 2019.  *See* Trustee's Original

Complaint [Dkt. 1] (the "Complaint").  Through the Complaint, the Trustee claims, among other

things, that CGI's former directors breached their fiduciary duties to CGI.

---

[1] The Debtors in these Chapter 7 cases, along with the last four of each debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

2.      The Trustee named John P. Regas, who served on CGI's Board of Directors from at least January 2014 to April 2017, as a defendant in the Complaint.

3.      Mr. Regas passed away on March 9, 2020. *See* Ex. A, Obituary of John Regas; Ex. B, March 23, 2020 email from Leigh Roadman to Ben King.

4.      Amalia Corcoran was appointed executor of Mr. Regas's estate.  *See* Ex. B, June 2, 2020 email from Leigh Roadman to Ben King.

5.      Federal Rule of Civil Procedure 25(a)(1), made applicable to this adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 7025, provides that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

6.      Amalia Corcoran, in her capacity as executor of Mr. Regas's estate, is a proper party for substitution on behalf of Mr. Regas given her powers and responsibilities in managing the estate.

7.      A copy of this motion and the notice of hearing on the motion will be served on Ms. Corcoran pursuant to Federal Rule of Bankruptcy Procedure 7004.

8.      Accordingly, the Trustee respectfully requests that the Court enter an order substituting Amalia Corcoran, in her capacity as executor of John Regas's estate, for John Regas, and granting such further relief as the Court deems appropriate.

Dated: July 6, 2020

Respectfully submitted,

*J. Benjamin King*
Eric D. Madden (admitted *pro hac vice*)
J. Benjamin King (admitted *pro hac vice*)
Leo B. Oppenheimer (admitted *pro hac vice*)
REID COLLINS & TSAI LLP
1601 Elm Street, Suite 4200
Dallas, TX 75201
(214) 420-8900 (T)
(214) 420-8909 (F)
emadden@reidcollins.com
bking@reidcollins.com
loppenheimer@reidcollins.com

*Special Litigation Counsel to*
*Howard B. Samuels, Chapter 7 Trustee for the*
*Estates of Central Grocers, Inc., Strack and*
*Van Til Super Market, Inc., and SVT, LLC*

-and-

Michael M. Eidelman
William W. Thorsness
Allison B. Hudson
VEDDER PRICE P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609-7500 (T)
(312) 609-5005 (F)
meidelman@vedderprice.com
wthorsness@vederprice.com
ahudson@vedderprice.com

*Counsel to Howard B. Samuels, Chapter 7*
*Trustee for the Estates of Central Grocers, Inc.,*
*Strack and Van Til Super Market, Inc., and*
*SVT, LLC*

3

## CERTIFICATE OF SERVICE

Leo B. Oppenheimer, the undersigned attorney, hereby certifies that on July 6, 2020, he caused the foregoing notice and following motion to be filed with the Court and served upon the parties to this adversary proceeding by the manner listed.

/s/ Leo B. Oppenheimer
Leo B. Oppenheimer

**Electronic Mail Notice, via the Court's CM/ECF System:**

Leigh D. Roadman
Mason N. Floyd
Clark Hill PLC
130 E. Randolph Street
Suite 3900
Chicago, IL 60601
lroadman@clarkhill.com
mfloyd@clarkhill.com

*Counsel to Defendants John Coari, Anthony Dal Pra, Tony Ingraffia, Maria Kamberos, John Kotara, Frank Kumkoski, Joesph Kumkoski, John Lagestee, Kerry Lavelle, Robert Lee, Alfredo Linares, Kenneth Nemeth, Robertino Presta, James Robertson, and Lavelle Law, Ltd.*

Michael C. Moody
O'Rourke& Moody LLP 55 West Wacker Drive Suite 1400 Chicago, IL 60601
mmoody@orourkellp.com

*Counsel to Defendant John Sullivan*

Richard A. Bixter
Richard Winter
Holland & Knight LLP
131 S. Dearborn St.
Chicago, IL 60606
richard.bixter@hklaw.com
richard.winter@hklaw.com

*Counsel to Defendant John Cortesi*

Adam B. Rome
Zachary Mulcrone
Greiman, Rome & Griesmeyer, LLC
2 North LaSalle Street
Suite 1601
Chicago, IL 60602
arome@grglegal.com
zmulcrone@grglegal.com

*Counsel to Defendant James Dremonas*

Robert Radasevich
Neal Gerber & Eisenberg LLP
Two North LaSalle St Ste 2200
Chicago, IL 60602
rradasevich@nge.com

*Counsel to Timothy Kubis*