Form G-19 (20200316)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In re: Howard B. Samuels, solely as chapter 7 Trustee<br>v.<br>JOHN COARI, et al.<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: Adv. No. 19-01011<br>(Jointly Administered)<br>Chapter: 7<br>Honorable Janet S. Baer |

## ORDER GRANTING MOTION TO DEPOSIT FUNDS INTO THE COURT'S REGISTRY

This matter coming before the court on a motion for authority to deposit funds into the Bankruptcy Court's registry, filed on 05/15/2020 as docket entry number 118, it is ordered that the motion is **GRANTED** as follows:

A. The party specified in the motion is authorized to deposit $ 100,000.00, by check or money order made payable to "U.S. Bankruptcy Court," and delivered, together with a copy of this Order, to the Clerk of Court, as soon as practicable after funds are available, or no later than 08/01/2020.

B. The Clerk is directed to deposit the funds into an interest bearing account with an authorized depository as specified in Revised Administrative Order No. 17-05 and to retain the funds on deposit until further order of the court.

C. Nature of deposit:

☑ "Disputed ownership funds" (CRIS DOF). Based on the motion, the court finds that the funds are interpleader funds or other funds which qualify as "disputed ownership funds" as the Internal Revenue Service defines that term (26 C.F.R. § 1.468B-9(b)(1)). Accordingly, the Administrative Office of the United States Courts is hereby authorized and directed to administer the funds, charge fees, and withhold and pay taxes, under its Disputed Ownership Funds system (CRIS DOF).

☐ Not "disputed ownership funds" (CRIS system). Based on the motion, court funds must not be treated as "disputed ownership funds" as that term is defined by the Internal Revenue Service (26 C.F.R. § 1.468B-9(b)(1)). Accordingly, the Administrative Office of the United States Courts is hereby authorized and directed to administer the funds, and charge fees, under the Court Registry Investment System (CRIS).

☐    <u>Disputed ownership funds requiring special administration.</u>  Based on the motion, the court finds that the funds qualify as "disputed ownership funds" as the Internal Revenue Service defines that term (26 C.F.R. § 1.468B-9(b)(1)) but require special administration, such as periodic withdrawals for payment of expenses related to this case or a related proceedings.  A special administrator is required other than the Clerk and the Administrative Office of the United States Courts.  Accordingly, this court appoints the following person as the special administrator to administer the funds, charge fees, and withhold and pay taxes: _____.  The special administrator's compensation and any special terms governing the special administrator's performance are set forth in a separate order.

Dated: July 9, 2020

*/s/ Janet S. Baer*

Honorable Janet S. Baer

United States Bankruptcy Judge

**Prepared By:**

Mason N. Floyd

CLARK HILL PLC

130 East Randolph Street, Suite 3900

Chicago, IL  60601

MFloyd@ClarkHill.com