# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 17-13886 |
| Central Grocers, Inc., | ) | Chapter 7 |
| Debtor. | ) | Honorable Janet S. Baer |
| Howard B. Samuels, | ) | Adversary Proceeding No. 19-01011 |
| Plaintiff. | ) | |
| v. | ) | |
| John Coari et al., | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO DISMISS COUNT 8 WITHOUT PREJUDICE

This matter coming before the Court on Defendant John Coari's Motion to Dismiss Count 8 of the Original Complaint (Docket No. 85),

IT IS HEREBY ORDERED THAT:

Defendant John Coari's Motion to Dismiss Count 8 of the Original Complaint is granted without prejudice for the reasons stated on the record. Leave to replead and answer will be set at a future date.

DATED: July 15, 2020

ENTER:

/s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge