# Exhibit A



Legacy.com  |  OBITUARIES  |  FUNERAL HOMES  |  NEWSPAPERS  |  SEND FLOWERS

Home › Obituaries › John C. Regas Obituary

Photo courtesy of HILLS FUNERAL HOME

# John C. Regas

Not the right person? See All ›

## About

| DIED | LOCATION |
|---|---|
| March 9, 2020 | Palos Hills, Illinois |

## Obituaries                                            ❋ Send Flowers

### HILLS FUNERAL HOME Obituary

**John C. Regas**, 84, U.S. Navy Veteran, at rest March 9, 2020. Beloved husband of Patricia (*nee* Nealis); Loving father of Constantine Regas, Amalia (Michael) Corcoran, and Roselle Regas; Cherished grandfather of John (Fiancee Kara), Michael, Christopher, and Lauren Corcoran, Victoria (Jack) Shilney, Theodore and James Hottinger and baby great-grandchild; Beloved son of the late Constantine and Amalia Regas; Dear brother of Zacharoula (late Gus) Mitsis, the late Venetia (late Paul) Poulakos, and the late Politimi (late John) Arhos; Fond uncle of many nieces and nephews. John will also be greatly missed by many other loved cousins, relatives and friends here, and in Greece, Canada, and Argentina. Member of AHEPA Woodlawn Chapter and Association Kosmiton. In lieu of flowers, memorial donations to International Orthodox Christian Charities  www.iocc.org

Visitation for John C. Regas will be held Thursday, March 12th, from 3:00 – 9:00 p.m., Trisagion Service 6:00 p.m. at Hills Funeral Home, Ltd., 10201 S. Roberts Road, Palos Hills, IL 60465. Funeral Friday beginning 9:15 a.m. from the funeral home to Sts. Constantine and Helen Greek Orthodox Church, 11025 S. Roberts Rd., Palos Hills, for Service at 10:00 a.m. Interment Evergreen Cemetery, Evergreen Park, IL. Info. 708-356-7962 or www.hillsfh.com "May His Memory Be Eternal"

Read More ›

**Read Full Obituary**

HILLS FUNERAL HOME, LTD.
"Dedicated To Those We Serve"

HILLS FUNERAL HOME