# Exhibit B

# Ben Barnes

| | |
|---|---|
| **From:** | Roadman, Leigh D. <lroadman@clarkhill.com> |
| **Sent:** | Tuesday, June 2, 2020 11:19 AM |
| **To:** | Ben King; Leo Oppenheimer |
| **Cc:** | Floyd, Mason N.; Ben Barnes; Eric Madden |
| **Subject:** | RE: John Regas |

Ben:

Amalia Corcoran (708-359-1811) is executor.  The estate attorney is Robert Hennessy.

**Robert J. Hennessy**
**Attorney at Law**
**10749 Winterset Drive**
**Orland Park, IL 60467**
**708-361-0826**
**708-364-7127 (FAX)**
**rjhatty@hotmail.com**

Leigh

**From:** Ben King <bking@reidcollins.com>
**Sent:** Tuesday, May 19, 2020 9:53 AM
**To:** Roadman, Leigh D. <lroadman@clarkhill.com>; Leo Oppenheimer <loppenheimer@rctlegal.com>
**Cc:** Floyd, Mason N. <mfloyd@clarkhill.com>; Ben Barnes <bbarnes@rctlegal.com>; Eric Madden <emadden@reidcollins.com>
**Subject:** RE: John Regas

**[External Message]**

Leigh and Mason,

Could you tell us who is the personal representative of John Regas's estate and who is the attorney for that representative.

Thanks.

**From:** Roadman, Leigh D. <lroadman@clarkhill.com>
**Sent:** Monday, March 23, 2020 12:07 PM
**To:** Ben King <bking@reidcollins.com>; Leo Oppenheimer <loppenheimer@rctlegal.com>
**Cc:** Floyd, Mason N. <mfloyd@clarkhill.com>
**Subject:** John Regas

Ben and Leo:

John Regas passed away earlier this month.

Leigh

1

*This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify us immediately by reply email and destroy all copies of this message and any attachments. Please do not copy, forward, or disclose the contents to any other person. Thank you.*