# Exhibit C

## CERTIFICATION OF TRUST

The undersigned hereby declares the following to be true and correct:

1. Name of Trust:   The John Regas Declaration of Trust

2. The Trust is valid and currently in effect and is governed under the state law of: Illinois.

3. Date trust instrument was executed: July 28, 1994

4. Tax identification number of trust (SSN or EIN): N/A

5. Name(s) of settlor(s) of Trust:   John Regas

6. Name(s) of currently acting trustee(s): Amalia J. Corcoran

7. Address(es) of currently acting trustee(s): 16937 Steeple Chase Parkway, Orland Park, IL 60467

8. This trust states that both of the co-trustee(s) are required to exercise the powers of the trustee. N/A

9. Name(s) of successor trustee(s): Roselle J. Regas

10. The trustee(s) has/have the power to litigate, compromise, settle or abandon any claim or demand in favor of or against the trust

11. The trust is now irrevocable due to the death of the settlor, John Regas.

The undersigned certify that the above named trust is in full force and has not been revoked, modified, or amended in any manner which would cause the representations in this Certification of Trust to be correct.

In Witness Thereof, each of the undersigned, being a trustee of the above named trust with the authority to execute this Certification of Trust, does hereby execute it this 27th day of July, 2020.

Printed Name: **AMALIA J. CORCORAN**

STATE OF ILLINOIS   )
                    ) ss.
COUNTY OF COOK      )

This instrument was signed and acknowledged before me on 27th day of July, 2020 by AMALIA J. CORCORAN

Notary Public

Commission expires 10/26/2023

ROBERT J HENNESSY
Official Seal
Notary Public - State of Illinois
My Commission Expires Oct 26, 2023