# Exhibit D

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Joe Tucker, Jr. | ) | Case No: 17 C 5883 |
| v. | ) ) ) | Judge: Thomas M. Durkin |
| Jacqueline Mitchell-Lawshea D.D.S., et al | ) ) ) | |

## ORDER

Joint suggestion of Shirley T. Craig as an alternative special representative for defendant Craig, motion for her appointment as special representative, and motion for substitution of the proper party is granted. [68] It is hereby ordered that Shirley T. Craig as special representative is appointed to defend this action on behalf of the Estate of defendant Frederick A. Craig, D.D.S. The Clerk is directed to substitute Shirley T. Craig, as special representative, as a party defendant in lieu of the original defendant Frederick A. Craig, D.D.S. No appearance is required on 3/19/2019.

Date: 3/13/2019                                                  /s/ Thomas M. Durkin