# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> **CENTRAL GROCERS, INC.,** *et al.*, <br><br> Debtors. | Chapter 7 <br><br> Case No. 17-13886 <br> **(Jointly Administered)** <br><br> Hon. Janet S. Baer |
| **HOWARD B. SAMUELS, solely as chapter 7 trustee of the estates of CENTRAL GROCERS, INC.,** *et al.*,[1] <br><br> Plaintiff, <br><br> v. <br><br> **JOHN COARI**, *et al.*, <br><br> Defendants. | Adversary No. 19-01011 |

## NOTICE OF DISMISSAL OF DEFENDANT FROM ADVERSARY PROCEEDING

Plaintiff Howard B. Samuels, solely as chapter 7 trustee of the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc., and SVT, LLC, hereby gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (made applicable by Federal Rule of Bankruptcy Procedure 7041) that he dismisses from this adversary proceeding defendant **Lavelle Law, Ltd.**, with prejudice. This dismissal pertains only to the claims against Lavelle Law, Ltd., and does not affect the claims against any other defendants (including Kerry Lavelle).

---

[1] The Debtors in these Chapter 7 cases, along with the last four of each debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

Dated: October 19, 2020.                    /s/ *J. Benjamin King*
Eric D. Madden (admitted pro hac vice)
J. Benjamin King (admitted pro hac vice)
Leo B. Oppenheimer (admitted pro hac vice)
REID COLLINS & TSAI LLP
1601 Elm Street, 42nd Floor
Dallas, TX 75201
(214) 420-8900 (T)
(214) 420-8909 (F)
emadden@rctlegal.com
bking@rctlegal.com
loppenheimer@rctlegal.com

*Special Litigation Counsel to Howard B. Samuels, Chapter 7 Trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc., and SVT, LLC*

2

# **CERTIFICATE OF SERVICE**

Leo B. Oppenheimer, the undersigned attorney, hereby certifies that on October 19, 2020, he caused the foregoing notice and following motion to be filed with the Court and served upon the parties to this adversary proceeding by the manner listed.

/s/ Leo B. Oppenheimer
Leo B. Oppenheimer

**Electronic Mail Notice, via the Court's CM/ECF System:**

Leigh D. Roadman
Mason N. Floyd
Clark Hill PLC
130 E. Randolph Street
Suite 3900
Chicago, IL 60601
lroadman@clarkhill.com
mfloyd@clarkhill.com

*Counsel to Defendants John Coari, Anthony Dal Pra, Tony Ingraffia, Maria Kamberos, John Kotara, Frank Kumkoski, Joesph Kumkoski, John Lagestee, Kerry Lavelle, Robert Lee, Alfredo Linares, Kenneth Nemeth, Robertino Presta, James Robertson, and Lavelle Law, Ltd.*

Michael C. Moody
O'Rourke& Moody LLP 55 West Wacker Drive Suite 1400 Chicago, IL 60601
mmoody@orourkellp.com

*Counsel to Defendant John Sullivan*

Richard A. Bixter
Richard Winter
Holland & Knight LLP
131 S. Dearborn St.
Chicago, IL 60606
richard.bixter@hklaw.com
richard.winter@hklaw.com

*Counsel to Defendant John Cortesi*

Adam B. Rome
Zachary Mulcrone
Greiman, Rome & Griesmeyer, LLC
2 North LaSalle Street
Suite 1601
Chicago, IL 60602
arome@grglegal.com
zmulcrone@grglegal.com

*Counsel to Defendant James Dremonas*

Robert Radasevich
Neal Gerber & Eisenberg LLP
Two North LaSalle St Ste 2200
Chicago, IL 60602
rradasevich@nge.com

*Counsel to Timothy Kubis*