# **EXHIBIT J-5**

FINAL

# MINUTES OF THE MEETING OF THE BOARD OF DIRECTORS OF CENTRAL GROCERS, INC.
*Dated:   Wednesday, September 10, 2014*

A meeting of the Board of Directors of Central Grocers, Inc. ("**Company**") was called to order on Wednesday, September 10, 2014 at 10:15 a.m. by Chairman, John Kotara.  The meeting was held at the offices of the Company at 2600 W. Haven Street, Joliet, Illinois.  The following Directors were present: John Cortesi; Tony DalPra; Tony Ingraffia; Maria Kamberos; John Kotara; John Lagestee; Robert Lee; Alfredo Linares; Ed Olczyk; John Regas; Jim Robertson; and Don Weiss.  Also in attendance for Management was CEO, Ken Nemeth; CFO, Tim Kubis; VP of Operations, John Coari; Consultant and Advisor to the Board, James Denges; David Wilkinson, President of SVT, LLC; and Kerry Lavelle of Lavelle Law, Ltd.  Specifically not in attendance were Directors Presta and Sullivan.

The first order of business was a review and approval of the July 10, 2014 Minutes.  By way of Director Weiss's motion to accept the Minutes as distributed to the Directors, seconded by Director Lagestee, with all Directors voting "aye," Director Weiss's motion to accept the July 10, 2014 Minutes was unanimously approved.

Next on the agenda was a presentation by CFO Kubis on the financials of the Company.  CFO Kubis took the Board through the sales summary by product line for the fourth quarter and year-to-date.  He highlighted an uptick in total sales, excluding cartage, by proximately 0.84%.  He further explained that this year's financials are based on a 52 week year, whereby fiscal 2013 was a 53 accounting week year.  He explained differences in the decrease and grocery sales and the uptick in Hispanic, fresh meat, and frozen meat sales.  He summarized the fiscal 2014 net sales of top accounts for the Company and the contribution to sales.  With respect to the

summary of earnings, CFO Kubis highlighted a record in net sales of $1.5B and patronage rebates of over $50B. He summarized the EBITDAP and indicated that the all-in patronage rebate was trending at about 4%. He further indicated that the gross profits of the Company, $145M, were a record level and, expressed as a percentage of sales, exceeded both budget and fiscal 2013. He talked through the increase in total distribution expenses that were basically a result of increased labor expenses. Lastly, he indicated that the earnings before rebates of $50,256,832 is a record for the Company, and exceeds both the fiscal 2014 budget, and the actual 2014 sales numbers. He summarized changes in the balance sheet, consistent with the summary throughout the year. At the conclusion of CFO Kubis's presentation, there was a motion by Director Olczyk to accept the financials as read into the record by CFO Kubis, seconded by Director Cortesi, Director Olczyk's motion was unanimously approved.

  Next, president of the subsidiary, David Wilkinson, summarized the sales and the financial performance of the subsidiary. He highlighted year-to-date increases in the Strack & Van Til format stores, a slight downtick in the warehouse group stores for the year, and that total subsidiary sales were up about 3.8%. With respect to same store performance, the Strack & Van Til format stores performed slightly better than the warehouse group stores, and the Company year-to-date same store sales were down approximately 3.3%. He also highlighted for the Board members, the WiseWay acquired stores and the performance of those stores broken down between the Strack format stores and the two Ultra stores.

  With respect to the statement of income, President Wilkinson took the Board through the fourth quarter and the year ending financial performance for the subsidiary. He reminded the Board that, for the fourth quarter and year-end, there was one less week for accounting purposes. Total sales were down for the fourth quarter, and close to the same for the year-to-date numbers.

He highlighted the fact that food stamps issued from the state are down about $23M in his sales and, as a result, the Ultra customers simply do not have the same buying power as they did in 2013. The good news is that gross profits before rebates were better as a percentage of sales but, because of some unexpected costs and expenses, income from departmental operations are down for the fourth quarter against budget for both the fourth quarter and year-to-date. After taking in all other expense items and adding back for EBITDA, the fourth quarter EBITDA was approximately $9.3M, better than the fourth quarter of fiscal 2013, but slightly below the budgeted EBITDA projection. All in for the Company, EBITDA for the year-end was approximately $31.5M, less than budgeted, but a portion of that is the food stamp adjustments from the state, and the expenses and cash drain from the Prospect Heights store.

Lastly, President Wilkinson took the Board through changes in the balance sheet for the Company which are consistent with his reports throughout the year.

During the discussion, Director Weiss asked for a separate financial summary of the two divisions for the Company, i.e. the Strack & Van Til format stores and the warehouse format stores.

Next on the agenda was an update from President Wilkinson on the pension plan withdrawal. He explained that there are a total of 90 employers that are plan participants and he is watching carefully the largest participants of the plan, which include Kroger, SuperValu, and Schnucks. They are looking to migrate their plan into a Louisville plan and President Wilkinson led a discussion on some of the benefits and risks going forward.

Next, Vice President Coari and CEO Nemeth led a discussion on the RoadNet routing system for Company trucks. He indicated that the whole RoadNet routing system should be functional by the end of September. He indicated that it will help manage damage, help pallet

delivery and return, and have delivery times documented and signed off on with iPads similar to UPS driver systems. It will also provide for texting and communication with stores for delivery times and dates, and management will be able to track the drivers' locations at defined intervals. The whole system will cost approximately $100,000 and management anticipates the recovery of that money very quickly, with the reduction of overtime hours, which are currently running at approximately $30,000 per week.

CEO Nemeth made a brief presentation to the Board on milk pricing and the difficulty connected to bringing the price of milk down and subsidizing any price reductions. He indicated that the subsidy would need to come from somewhere and is not yet ready to take money from other sources to subsidize the milk prices.

CEO Nemeth summarized for the Board the SVT executive search for the new CEO. He indicated that he has met the top ten candidates, and the SVT Board and the Executive Committee of the Company met on September 9th to review the candidate profiles and that group narrowed down the top ten candidates to the top three, and the top three candidates will be coming in for extensive interviews before the SVT Board and Executive Committee on September 27th.

Next on the agenda was a presentation by the compensation committee chairman Jim Robertson on a report by the compensation committee. Management circulated a summary of bonus, profit sharing, and pension for the Board to review, including the bonus profit sharing and pension history payments of the Company from fiscal 2010 through the proposed fiscal 2014. He indicated that the bonus proposal is .03% (expressed as a percentage of net sales) less than the previous year and explained that a shift in top management caused a great degree of that reduction. After a discussion on the matter, a motion was made by Director Lee to approve a

total of $1,525,000 in bonuses, and $525,000 in profit sharing, for a total bonus, profit sharing, and pension distribution of $2,050,000.  Such motion, seconded by Director Del Pra, with all directors voting "aye," was unanimously approved.

Next on the agenda was a discussion on the fiscal year-end 2014 rebate.  As part of the discussion, Management reported to the Directors that the rebate encompasses a 2.93% rebate on grocery, perishables, service deli and frozen foods; 10% rebate on produce; and 4% on meat.  CFO Kubis indicated that the sum of approximately $50.2M was recommended by Management to payout to the members for rebates.  Such rebate equals a 4% blended rebate for the total purchases based on the Company's formula for rebates.  By way of a motion by Director Olczyk, Director Olczyk requested the following resolution be read into the Board Minutes:

> **NOW THEREFORE BE IT RESOLVED**, the sum of approximately $50.2M, plus or minus final adjustments by the Company's auditors, out of the Company's earnings from the sales made with its stockholders/members during the Company's taxable year, which ended August 2, 2014, will be distributed in cash and/or stock on the basis to the stockholder members in the manner taking into account the quantity and volume of business done each year by each stockholder/member of the Company; and
>
> **FURTHER RESOLVED**, that Management shall be authorized and directed to make such distribution on or before its annual shareholder meeting on November 1, 2014; and
>
> **FURTHER RESOLVED**, that Management shall be authorized to pay up to 10% in a default holdback of cash and pay such rebate in stock.

Director Olczyk's motion, seconded by Director Regas, to accept the resolution as read into the record and, with all Directors voting "aye," the patronage rebate was unanimously approved.

Next on the agenda was a discussion on cartage costs for the Company.  CEO Nemeth and CFO Kubis made a presentation to the Board that the cartage costs and revenues yielded a loss of about $1.8M in the last year.  The loss was generally a result of increased driver pay,

gasoline prices, number of drivers, and additional stores in Michigan. Management believes that the cartage program should be cost neutral, and the costs of running the program are too high. CFO Kubis also highlighted that meat and service deli divisions do not have a cartage charge. CFO Kubis distributed a proposed change for the cartage program, decreasing the first tier rate by 0.25%, which will cause an $18.75 increase for all orders for grocery, $10 for perishable and frozen, and $10 for produce. The discussion was had among the directors with the understanding that the proposed increases would recover about 50% of the loss, and the Company is anticipating that the efficiencies created by the RoadNet routing system would recover the remaining deficiency.

A discussion continued among the directors, with the directors asking the Company to study these issues, but to not approve any cartage increases at this meeting.

Near the conclusion of the meeting, CEO Nemeth made an announcement of the Board trip to Punta Cana and reiterated the shareholder meeting on November 1, 2014, and to schedule the December Board meeting for December 11th at 10:00 am.

Lastly, Chairman Kotara suggested to the Board that they approve the de facto nomination commitee renewal for Board positions for the four existing Board members whose term is up this year, that being directors Ingraffia, Lee, Sullivan and Lagestee, and propose to put Jim Dremonas on the nomination to replace the vacated Woodlock seat. All directors agreed to support the executive committee on those nominations, the de facto nominating committee.

Lastly, by way of motion by Director Kamberos to adjourn the meeting at 11:55 am, seconded by Director Cortesi, with all Directors voting "aye," the Board meeting was adjourned.

---

Ken Nemeth, CEO
S:\0001-250\250\Central MINUTES_drafts\Central Minutes.09.10.14.DRAFT.09.17.14.docx