# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>CENTRAL GROCERS, INC., *et al.*,<br><br>　　Debtors. | Chapter 7<br><br>Case No. 17-13886<br>(Jointly Administered)<br><br>Hon. Janet S. Baer |
| HOWARD B. SAMUELS, solely as chapter 7 trustee of the estates of CENTRAL GROCERS, INC., *et al.*,[1]<br><br>　　Plaintiff,<br><br>v.<br><br>JOHN COARI, JOHN CORTESI, ANTHONY DAL PRA, JAMES DREMONAS, TONY INGRAFFIA, MARIA KAMBEROS, JOHN KOTARA, TIMOTHY KUBIS, JOSEPH KUMKOSKI, FRANK KUMKOSKI, JOHN LAGESTEE, KERRY LAVELLE, ROBERT LEE, ALFREDO LINARES, KENNETH NEMETH, ROBERTINO PRESTA, ROSIE REGAS, solely as special representative for decedent JOHN REGAS, JAMES ROBERTSON, and JUNE SULLIVAN, solely as special representative for decedent JOHN SULLIVAN,<br><br>　　Defendants. | Adversary No. 19-01011 |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Howard B. Samuels, not individually,

---

[1] The Debtors in these Chapter 7 cases, along with the last four of each debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

1

but as Chapter 7 trustee for the bankruptcy estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc., and SVT, LLC, and defendants John Coari, John Cortesi, Anthony Dal Pra, James Dremonas, Tony Ingraffia, Maria Kamberos, John Kotara, Timothy Kubis, Joseph Kumkoski, Kathy L. Christl, solely as Trustee of the Frank Kumkoski Trust Dated December 12, 2002, as completely amended and restated on May 25, 2017, John Lagestee, Kerry Lavelle, Robert Lee, Alfredo Linares, Kenneth Nemeth, Robertino Presta, Rosie Regas, solely as special representative for decedent John Regas, James Robertson, and June Sullivan, solely as special representative for decedent John Sullivan, by and through their respective counsel, hereby stipulate to the dismissal of the above-captioned adversary proceeding in its entirety with prejudice, with each party to bear its own fees and costs.

Dated: May 10, 2022

Respectfully submitted,

/s/ J. Benjamin King
Eric D. Madden (admitted pro hac vice)
J. Benjamin King (admitted pro hac vice)
REID COLLINS & TSAI LLP
1601 Elm Street, 42nd Floor
Dallas, TX 75201
(214) 420-8900 (T)
(214) 420-8909 (F)
emadden@reidcollins.com
bking@reidcollins.com

*Special Litigation Counsel to Howard B. Samuels, Chapter 7 Trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc., and SVT, LLC*

/s/ Mason N. Floyd
Leigh D. Roadman (ARDC No. 6193461)
Mason N. Floyd (ARDC No. 6282874)
CLARK HILL PLC
130 East Randolph Street, Suite 3900
Chicago, IL 60601
(312) 985-5900 (T)
(312) 985-5999 (F)
lroadman@clarkhill.com
mfloyd@clarkhill.com

*Counsel to John Coari, Tony Ingraffia, Maria Kamberos, John Kotara, Joseph Kumkoski, Kathy L. Christl, John Lagestee, Kerry Lavelle, Robert Lee, Alfredo Linares, Kenneth Nemeth, Rosie Regas, and John Robertson*

   /s/ Richard A. Bixter, Jr.
Richard A. Bixter, Jr.
Richard Winter
HOLLAND & KNIGHT LLP
131 S. Dearborn Street, 30th Floor
Chicago, IL 60603
(312) 422-9032 (T)
richard.bixter@hklaw.com
richard.winter@hklaw.com

*Counsel to John Cortesi*

   /s/ Adam B. Rome
Adam B. Rome
Zachary Mulcrone
GREIMAN, ROME & GRIESMEYER, LLC
205 West Randolph St., Suite 2300
Chicago, IL 60606
(312) 428-2740 (T)
(312) 332-2781 (F)
arome@grglegal.com
zmulcrone@grglegal.com

*Counsel to James Dremonas*

   /s/ Robert Radasevich
Robert Radasevich
NEAL GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, Illinois 60602
(312) 269-8039 (T)
(312) 578-4947 (F)
rradasevich@nge.com

*Counsel to Timothy Kubis*

   /s/ Michael C. Moody
Michael C. Moody
O'ROURKE & MOODY LLP
55 West Wacker Drive, Suite 1400
Chicago, Illinois 60601
(312) 849-2020 (T)
(312) 849-2021 (F)

*Counsel to June Sullivan*

3